UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM E. KENNEDY and KNOBCONE DRIVE LLC, <br><br> Appellants, <br> v. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION, <br><br> Appellee. | Case No.: 10-CV-05215-LHK <br><br> ORDER TO SHOW CAUSE |

Appellants filed the instant appeal from bankruptcy court on November 17, 2010. Based on the docket in this case, it appears that appellants have taken no further action in this case since the November 17, 2010 notice of appeal. Pursuant to Federal Rule of Bankruptcy Procedure 8006, Appellants were required to file with the clerk and serve on Appellees a designation of the items to be included in the record on appeal and a statement of the issues to be presented within 14 days of the notice of appeal. It is now more than eight months since the notice of appeal was filed, and the Court has not received a copy of the record or any other indication that Appellants intend to litigate this appeal. The court therefore orders Appellants to show cause why the case should not be dismissed for lack of prosecution. Appellants shall file a response on or before August 5, 2011. Absent a showing of good cause, the appeal will be dismissed.

**IT IS SO ORDERED.**

Dated: July 19, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05215-LHK
ORDER TO SHOW CAUSE