United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM E. KENNEDY and KNOBCONE DRIVE LLC,<br><br>                Appellants,<br>   v.<br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>                Appellees. | Case No.: 10-CV-05215-LHK<br><br>ORDER DISMISSING APPEAL |

On July 19, 2011, the Court ordered Plaintiff to show cause, by August 5, 2011, why this appeal should not be dismissed for lack of prosecution. ECF No. 4. More than one month has passed, and Plaintiff has failed to show cause why this appeal should not be dismissed for lack of prosecution. Accordingly, the appeal is DISMISSED with prejudice. The Court shall close the file.

**IT IS SO ORDERED.**

Dated: September 16, 2011

                                            _____
                                            LUCY H. KOH
                                            United States District Judge